UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-25127 -ALTONGA

**DOUG LONGHINI**

        Plaintiff,

vs.

**ASHTON-PALMETTO PALMS II, LTD;
LUMBER LIQUIDATORS, INC.; and
NORTHERN TOOL & EQUIPMENT
COMPANY, INC.**,

        Defendants.
_____/

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I hereby enter an appearance in this case as counsel for Defendant Lumber Liquidators, Inc.

Dated: December 28, 2020

        Respectfully submitted,

        /s/ *John Houston Pope*
        John Houston Pope, Esq.
        Florida Bar No. 968595
        **EPSTEIN BECKER & GREEN, P.C.**
        1 Beach Dr. SE, Suite 303
        St. Petersburg, FL 33701
        Tel: (888) 503-8320
        JHPope@ebglaw.com
        -and-
        875 Third Avenue
        New York, NY 10022
        Tel: (212) 351-4500
        Fax: (212) 878-8600